AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

**DISTRICT OF DELAWARE**

Lena K. Manyin and Jason Craig,
on their own behalves and on behalf
of all others similarly situated,

        V.    Plaintiffs,

Intel Corporation, a Delaware
Corporation,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE    6

**TO:** (Name and address of Defendant)

    Intel Corporation
    a Delaware Corporation
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Scott E. Chambers, Esquire
    Jeffrey J Clark, Esquire
    Schmittinger & Rodriguez, P.A.
    414 South State Street
    P.O. Box 497
    Dover, DE 19903-0497

an answer to the complaint which is herewith served upon you, within   20 (twenty)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

7-22-05

**CLERK**

**DATE**

**BY DEPUTY CLERK**

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 7-26-05

NAME OF SERVER (PRINT): Jim Yoder

TITLE: Investigator

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Corporation Trust Center
1209 Orange St
Wilm, DE 19801  (Served on Brian Penrod)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-26-05

Signature of Server: Jim Yoder

Address of Server: 414 S. State St
Dover, DE 19901
302-674-0140

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.